UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEROME NOBLE,<br><br>        Plaintiff,<br><br>  -against-<br><br>RIKERS ISLAND G.R.V.C.,<br><br>        Defendant. | 24cv473 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 3, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: April 3, 2024
    New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                Chief United States District Judge